

**FILED**
12/2/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AUTO BODY SHOP ANTITRUST
LITIGATION                                              MDL No. 2557

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –4)

On August 8, 2014, the Panel transferred 4 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2014). Since that time, 2 additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Gregory A Presnell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Presnell.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 8, 2014, and, with the consent of that court, assigned to the Honorable Gregory A Presnell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 02, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

IN RE: AUTO BODY SHOP ANTITRUST LITIGATION                             MDL No. 2557

### SCHEDULE CTO-4 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 14-02166 | Only One Inc, The et al v. State Farm Mutual Auto Insurance Company et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 14-08682 | Pacific Coast Auto Body, Inc. et al v. State Farm Mutual Automobile Insurance Company et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 14-08921 | Kallemeyn Collision Center, Inc. et al v. 21st Century Centennial Insurance Company et al |
| **KENTUCKY EASTERN** | | | |
| ~~KYE~~ | ~~2~~ | ~~14-00189~~ | ~~Campbell County Auto Body, Inc. v. State Farm Mutual Automobile Insurance Company et al~~   Opposed 11/26/14 |
| **NEW JERSEY** | | | |
| NJ | 2 | 14-07002 | QUALITY AUTO PAINTING CENTER OF ROSELLE, INC., TRADED AS PRESTIGE AUTO BODY v. STATE FARM INDEMNITY COMPANY et al |
| NJ | 2 | 14-07003 | ULTIMATE COLLISION REPAIR, INC. v. STATE FARM INDEMNITY COMPANY et al |
| **OREGON** | | | |
| OR | 3 | 14-01777 | Leif's Auto Collision Centers, LLC v. State Farm Mutual Automobile Insurance Company of Oregon et al |
| **VIRGINIA EASTERN** | | | |
| ~~VAE~~ | ~~3~~ | ~~14-00764~~ | ~~Lee Pappas Body Shop, Inc. et al v. State Farm Mutual Automobile Insurance Company et al~~   Opposed 11/26/14 |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 14−01723 | Haury's Auto Body et al v. State Farm Mutual Automobile Ins. Co. et al |